FILED

Jun 11 2020

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY      s/ mariar      DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 20MJ1745-MSB |
|---|---|
| Plaintiff, | |
| v. | **ORDER EXTENDING TIME TO FILE AN INFORMATION OR INDICTMENT AND EXCLUDING TIME PURSUANT TO 18 U.S.C. § 3161(h)(7)(A)** |
| MARIA JAUREGUI (1), ARISBEL RODRIGUEZ (2), | |
| Defendant. | |

The United States' Motion for an Order Extending Time to File an Information or Indictment and Excluding Time is hereby **GRANTED**.

Pursuant to Orders of the Chief Judge Nos. 18, 24, and 27—incorporated herein in their entirety—"[a]ll grand jury proceedings" in the District were suspended for over two months because the COVID-19 pandemic "greatly jeopardized the Court's ability to obtain an adequate spectrum of trial and grand jurors[.]" Grand juries were in session for half-days on May 20, May 27, May 29, June 2, June 3, and June 4, but due to the large number of cases filed during the judicial emergency and the United States' corresponding need to prioritize presentation of the cases based on the limitations in 18 U.S.C. § 3161(b), this case was not presented for indictment to those panels. This case was scheduled to be presented to a grand jury panel on June 5, 2020, which was within the applicable limitation period under § 3161(b). However, without prior notice to the United States, the panel was

unable to achieve a quorum, and this case could not be presented. No grand jury will again be in session before the end of the period to file an information or indictment provided in § 3161(b).

Based on these findings of fact, the Court further finds that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial under 18 U.S.C. § 3161(h)(7)(A). In addition, pursuant to 18 U.S.C. § 3161(h)(7)(B)(i) and (iii), the Court finds that a miscarriage of justice would result if time were not excluded under these unique circumstances, and that it is unreasonable to expect return and filing of an indictment in this case within the period specified in § 3161(b).

The time for the United States to file an Information or Indictment in this case is extended until June 12, 2020, and the period from June 5, 2020 to June 12, 2020 is excluded under 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED.**

Dated: 6/11/2020

HON. MICHAEL S. BERG

2